IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02334-REB-MEH

JOHNNIE M. BUCKLEY,

    Plaintiff,

v.

ADVANCED CIRCUITS, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2011.**

    The Joint Motion for Stipulated Protective Order [filed January 31, 2011; docket #10] is **granted**. The Protective Order Concerning Confidential Information is issued and filed contemporaneously with this minute order.